11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of B.A.G., a child,

\* From the County Court
at Law No. 2 of Ector County,
Trial Court No. CC2-15,284.

No. 11-11-00354-CV

\* January 31, 2013

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed in which it dismissed Carrie Ann and Dennis Lynn Shaver's petition, and the cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed against Rhonda Scott.